IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WEST CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JODY KISTAITIS, et al.,<br><br>　　　　　　Defendants. | 8:19-CV-282<br><br>ORDER |

IT IS ORDERED:

1. The Court will take up the plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction Against Doug Thompson (filing 28) at the hearing set for 12 noon on July 11, 2019 in Courtroom 1 (Special Proceedings), Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2. The plaintiff is instructed to provide Thompson with notice of this action, motion for temporary injunctive relief, and July 11 hearing.

3. The Court will rule on the request for a temporary restraining order upon being advised that notice has been accomplished.

Dated this 8th day of July, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge