IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WEST CORPORATION, | |
| Plaintiff, | 8:19-CV-282 |
| vs. | |
| JODY KISTAITIS, et al., | ORDER |
| Defendants. | |

IT IS ORDERED:

1.   The parties' stipulation (filing 62) is approved.

2.   The terms of the operative temporary restraining orders
     (filing 22 and filing 41) are extended, pursuant to Fed. R.
     Civ. P. 65(b)(2), until the parties advise the Court that their
     expedited discovery tasks are complete.

3.   A hearing on preliminary injunction (if necessary) will be
     scheduled upon receiving such notice.

Dated this 19th day of July, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge