IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WEST CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JODY KISTAITIS, et al.,<br><br>　　　　　　Defendants. | 8:19-CV-282<br><br>JUDGMENT |

On the parties' Joint Stipulation for Dismissal without Prejudice (filing 96), this case is dismissed without prejudice on the terms set forth in the stipulation, with each party to pay his own costs and attorneys' fees.

Dated this 5th day of January, 2021.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Chief United States District Judge